AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

UNITED STATES

v.

GIOVANNI AVILA

**APPEARANCE**

CASE NUMBER: 04 - 1685 - CBS

*filed in open court 5/3/04*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for THE DEFENDANT

I certify that I am admitted to practice in this court.

Date: May 3, 2004

Signature: *M.F. Natola*

Print Name: MICHAEL F. NATOLA          Bar Number: 367580

Address: 240 Commercial St., Suite 2B

City: Boston    State: MA    Zip Code: 02109

Phone Number: (617) 367-8844     Fax Number: (617) 523-5153

E-MAIL: LAZSLO999@aol.com