AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. GIOVANNI AVILA | Case Number: 04-1685-CBS |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>Peabody | DEFENDANT'S ATTORNEY<br>Natola |
|---|---|---|
| TRIAL DATE (S)<br>7/15/2004 | COURT REPORTER<br>4:31 P | COURTROOM DEPUTY<br>Bachrach |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibits |
|  | A1-3 | 7/15/04 | X | X | Letter |
|  | B |  | X | X | Drug Rehab: Certificate of Completion |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages